COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| EL PASO BEHAVIORAL HOSPITAL LLC, D/B/A/ RIO VISTA BEHAVIORAL HEALTH HOSPITAL, | § | No. 08-23-00342-CV |
| | § | Appeal from the |
| Appellant, | § | County Court at Law No. 3 |
| v. | § | of El Paso County, Texas |
| MARK V. TORREZ, Individually and as Representative of A.V.T., a Minor, | § | (TC#2022DCV2944) |
| | § | |
| Appellee. | § | |
| | § | |

## MEMORANDUM OPINION

This appeal is before the Court on its own motion to determine whether it should be dismissed. *See* TEX. R. APP. P. 42.3.

On December 4, 2023, the Clerk of this Court sent a letter notifying Appellant that the Court intended to dismiss the appeal for want of prosecution because no financial or other arrangements for the preparation of the clerk's record had been made as required by Texas Rule of Appellate Procedure 35.3(a)(2). *See* TEX. R. APP. P. 35.3(a)(2).

The letter notified Appellant that this appeal would be subject to dismissal on or after ten days of the date of the notice if Appellant failed to make the required arrangements or show

grounds for continuing the appeal. *See* TEX. R. APP. P. 37.3(b) (allowing an appellate court to dismiss an appeal on its own motion for want of prosecution if the appellant fails to make arrangements for the preparation of the clerk's record).

As of this date, which is more than ten days after the date of the notice, Appellants have not made arrangements for the clerk's record or otherwise shown grounds for continuing the appeal. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

JEFF ALLEY, Chief Justice

December 20, 2023

Before Alley, C.J., Palafox, and Soto, JJ.